NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HENRY KEVIN MALONE,                           )
                                              )
            Appellant,                        )
                                              )
v.                                            )           Case No. 2D18-2235
                                              )
STATE OF FLORIDA,                             )
                                              )
            Appellee.                         )
                                              )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Henry Kevin Malone, pro se.


 PER CURIAM.


            Affirmed.


LaROSE, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.